# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAYNES CORPORATION,

    Plaintiff,

v.

AMERICAN SAFETY INDEMNITY
CORPORATION, *et al*.,

    Defendants.

Case No. 2:10-CV-00764-KJD-GWF

**ORDER**

    Presently before the Court is Defendant American Safety Indemnity Corporation's Motion to Dismiss (#7). Plaintiff filed a response in opposition (#11) to which Defendant replied (#14).

    Plaintiff has challenged the authenticity of the exhibits attached to Defendant's motion to dismiss. See Plaintiff's Opposition, Doc. No. 10, p. 5, l. 4-20. Furthermore, Plaintiff correctly asserts that Defendant's motion asserts facts, i.e. the allegations of the underlying state court complaint, that are not in evidence before this Court. Accordingly, having read and considered Defendant's motion to dismiss, Defendant's motion to dismiss is denied.

**IT IS SO ORDERED.**

    DATED this 29th day of March 2011.

                         _____
                         Kent J. Dawson
                         United States District Judge