UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAYNES CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 2:10-cv-00764-MMD-GWF<br><br>ORDER |

Pursuant to Local Rule 16-5, it is ordered that the parties schedule a settlement conference with the Magistrate Judge.

DATED THIS 11th day of April 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE