UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAYNES CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY; NEVADA CONTRACTORS INSURANCE COMPANY, INC.; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:10-cv-00764-MMD-GWF<br><br>ORDER |

Before the Court is Defendant American Safety Indemnity Company's ("ASIC") motion for order on monetary sanctions. (Dkt. no. 139.) Plaintiff Jaynes Corporation ("Jaynes") has not filed a response and the deadline to do so has expired.

The Court imposed sanctions on Jaynes pursuant to Fed. R. Civ. P. 37(c)(1) by requiring it to pay ASIC's reasonable attorney's fees incurred in briefing its Motion in Limine No. 1 and Motion in Limine No. 2. (Dkt. no. 113.) The Court ordered ASIC to submit an affidavit of fees and permitted Jaynes to respond. (*Id.*) ASIC submitted counsel's affidavit describing $6,720.00 in fees it incurred in briefing its Motion in Limine no. 1 and Motion in Limine no. 2 ("Affidavit"). (Dkt. no. 134.) Jaynes did not respond to challenge the amount of fees identified in the Affidavit. The Court finds that the fees requested in the amount of $6,720 are reasonable. It is therefore ordered that ASIC's

1  motion (dkt. no. 139) is granted. Jaynes is ordered to pay ASIC $6,720.00 within ten (10)
2  business days from the date of this Order.

DATED THIS 27th day of October 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE